# UNITED STATED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEE M. NIGEN | : | |
|     Plaintiff, | : | Dkt. No. 1:20-cv-01576 (EK) |
| | : | |
| v. | : | |
| | : | |
| STATE OF NEW YORK; and ANDREW CUOMO, sued in his official capacity; | : | |
| | : | |
|     Defendants. | : | MARCH 31, 2020 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff, Lee M. Nigen, hereby gives notice that he voluntarily withdraws this action.

He thanks the Court for its time and attention, and he assures the Court that he will properly provide notice to the other parties in this matter.

    THE PLAINTIFF

    By: /s/ Norman A. Pattis /s/
        NORMAN A. PATTIS
        PATTIS & SMITH, LLC
        383 Orange Street
        New Haven, CT 06511
        T: (203) 393-3017
        F: (203) 393-9745
        npattis@pattislaw.com
        Federal Bar No.: pattis2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date above a copy of the foregoing was served by certified mail and by fax upon the State of New York and Governor Andrew Cuomo.

/s/ NORMAN A. PATTIS /s/
NORMAN A. PATTIS